**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**MARY ROOKS BOGARD AND**
**JORDAN N. TAYLOR** **PLAINTIFFS**

**V.** **CIVIL ACTION NO: 3:25-cv-241-MPM-JMV**

**JUAN GILBERT SOSA, VICTORIA**
**FOOD DISTRIBUTION, LLC, AND**
**JOHN AND JANE DOES 1-5** **DEFENDANTS**

---

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

---

THIS DAY THIS CAUSE came to be heard on the joint motion, *ore tenus*, of all parties to dismiss this action with prejudice. The Court has been advised by the parties that this cause has been fully compromised and settled and that there remain no issues to be litigated, adjudicated, or determined. The Court has been further advised that the parties have consented to the entry of this Judgment and have agreed that this cause should be dismissed with prejudice with the parties to bear their respective costs. In addition, Plaintiffs have agreed to resolve, as part of the agreed settlement between the parties, any and all liens, assignments, subrogation claims, and outstanding balances relating to the injuries and damages alleged in this lawsuit. Being fully advised in the premises, the Court finds that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED THAT this action be, and the same hereby is, dismissed with prejudice with the parties to bear their respective costs.

IT IS FURTHER ORDERED AND ADJUDGED THAT Plaintiffs shall resolve, as part of the agreed settlement between the parties, any and all liens, assignments, subrogation claims, and outstanding balances relating to the injuries and damages alleged in this lawsuit.

SO ORDERED AND ADJUDGED, this the 25th day of August, 2026.

UNITED STATES DISTRICT COURT JUDGE

Agreed and Approved:

S. Todd Jeffreys, Esq. (MSB #100042)
*Attorney for Plaintiffs*

Mark C. Carlson (MSB #5871)
*Attorney for Defendants*